Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>BAYVIEW PAINTING & BAYVIEW CONSTRUCTION *dba* BAY VIEW PAINTING, and BAYVIEW PAINTING & CONSTRUCTION, a California partnership, and BAY VIEW PAINTING & WATERPROOFING, a sole proprietorship of Andreas E. Tzortzis; ANDREAS E. TZORTZIS, individually; and STANLEY JOEL DILLEY, individually,<br><br>　　　Defendants. | Case No.: C10-2414 JL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, their claim against Defendants BAYVIEW PAINTING & BAYVIEW CONSTRUCTION doing business as BAY VIEW PAINTING, and BAYVIEW PAINTING & CONSTRUCTION, a California partnership, and BAY VIEW PAINTING & WATERPROOFING, a sole proprietorship of Andreas E. Tzortzis; ANDREAS E. TZORTZIS, individually; and STANLEY JOEL DILLEY,

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C10-2414 JL**

individually.  Defendants have not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

It is therefore requested that this action be dismissed.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 24th day of November, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/s/_____
   Michele R. Stafford
   Attorneys for Plaintiffs


IT IS SO ORDERED.

This case is dismissed.


Date:__December 3, 2010_____         _____/s/ James Larson_____
                                      UNITED STATES MAGISTRATE JUDGE

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C10-2414 JL**

P:\CLIENTS\PATCL\Bayview Painting & Construction\Pleadings\C10-2414 JL - Notice of Voluntary Dismissal 112310.DOC